IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF KANSAS, DEPARTMENT OF HEALTH AND ENVIRONMENT, <br><br> Defendant. | **Demand for Jury Trial** <br><br> **Case No.** |

**COMPLAINT**

**NATURE OF THE ACTION**

This is an action under the Age Discrimination in Employment Act to correct unlawful employment practices on the basis of age and to provide appropriate relief to Annette Carper. As alleged with greater particularity below, Defendant State of Kansas, Department of Health and Environment (hereinafter "Defendant" or "KDHE"), failed to promote Annette Carper because of her age, then 58.

**JURISDICTION AND VENUE**

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Sections 16(c) and Section 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the District of Kansas.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, Defendant KDHE has continuously been an Agency or Instrumentality of the State of Kansas.

5. At all relevant times, Defendant KDHE has continuously been an employer within the meaning of Section 11(b) of the ADEA, 29 U.S.C. § 630(b).

## ADMINISTRATIVE PROCEDURES

6. More than 30 days before the institution of this lawsuit, Annette Carper filed a charge of discrimination (Charge No. 28D-2023-00584) with the Commission alleging violations of the ADEA by Defendant KDHE.

7. On July 29, 2024, the Commission issued to Defendant KDHE a Letter of Determination finding reasonable cause to believe Defendant violated the ADEA and invited Defendant KDHE to join with the Commission in informal methods of conciliation to endeavor to eliminate the discriminatory practices and provide appropriate relief.

8. The Commission engaged with Defendant KDHE to provide Defendant the opportunity to remedy the discriminatory practices described in the Letter of Determination.

9. The Commission was unable to secure from Defendant KDHE a conciliation agreement acceptable to the Commission.

10. On August 23, 2024, the Commission issued to Defendant KDHE Notice of Failure of Conciliation.

11. All conditions precedent to the institution of this lawsuit have been fulfilled.

## STATEMENT OF CLAIMS

12. Since at least on or about March 5, 2023, Defendant KDHE has engaged in unlawful employment practices at its Topeka, Kansas location in violation of Section 7(b) of the ADEA, 29 U.S.C. § 626(b). These unlawful employment practices include KDHE's failure to promote Annette Carper because of her age, then 58 years old.

13. On or about October 5, 2020, KDHE hired Carper as a Laboratory Technician I ("Lab Tech I") at its Topeka, Kansas location.

14. As Lab Tech I, Carper reported to Public Service Administrator Keith Miles, then 38 years old.

15. In or around September 2021, KDHE hired Sage Hernandez as Lab Tech I at its Topeka, Kansas location.

16. As Lab Tech I, Hernandez also reported to Miles.

17. On March 5, 2023, KDHE promoted Hernandez, then 23 years old, to Laboratory Technician II ("Lab Tech II") through a direct appointment.

18. KDHE did not post or advertise the Lab Tech II position opening, nor did it invite applications to the position Hernandez ultimately received.

19. Miles and KDHE did not inform eligible employees about the promotion opportunity to Lab Tech II.

20. Miles and KDHE did not consider any other employee besides Hernandez for the promotion to Lab Tech II.

21. At the time of her promotion, Hernandez did not have the stated minimum qualification for the Lab Tech II position.

22. At the time of Hernandez's promotion, Carper had the stated qualifications for the Lab Tech II position.

23. Hernandez was less qualified for the Lab Tech II position than Carper.

24. After promoting Hernandez, KDHE altered Hernandez's Lab Tech II position description to match her existing duties as Lab Tech I and removed some duties of Lab Tech II.

25. As Lab Tech II, Hernandez does not perform all job duties of Lab Tech I or Lab Tech II.

26. Prior to Hernandez's promotion, Miles recommended Daniel Gaito, then 26 years old and another Lab Tech I, for a promotion to a Laboratory Technician III ("Lab Tech III") position.

27. KDHE directly appointed Gaito to a Lab Tech III position.

28. KDHE did not post or advertise the Lab Tech III position opening, nor did it invite applications to the position Gaito ultimately received.

29. KDHE failed to promote Carper because of her age.

## COUNT I

### (ADEA – Failure to Promote)

30. Plaintiff repeats, realleges, and incorporates by reference the allegations in the foregoing paragraphs of this Complaint as fully set forth herein.

31. The effect of the practices complained of in paragraphs 12-29 above has been to deprive Annette Carper of equal employment opportunities and otherwise adversely affect her status as an employee because of her age, then 58.

32. As set forth above, from at least March 5, 2023, Defendant subjected Annette Carper to a discriminatory failure to promote because of her age in violation of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

33. The unlawful employment practices complained of above were and are willful within the meaning of the ADEA, 29 U.S.C. § 626(b).

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant KDHE, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with it, from discriminating, including by failing to promote, based on age.

B. Order Defendant KDHE to institute and carry out policies, practices, and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

C. Grant a judgment requiring Defendant KDHE to pay appropriate back wages in an amount to be determined at trial and an equal sum as liquidated damages, or prejudgment interest in lieu thereof, to individuals whose wages were or are being unlawfully withheld as a result of the acts complained of above, including but not limited to Annette Carper.

D. Order Defendant KDHE to make Annette Carper whole by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to promotion to Lab Tech II.

E. Order Defendant KDHE to provide training specific to the ADEA for managers and human resources personnel involved in the promotion process.

      F.      Grant such further relief as the Court deems necessary and proper in the public interest.

      G.      Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

## PLACE OF TRIAL

The Commission designates Kansas City, Kansas as the place of trial.

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

ANDREW B. ROGHERS
Acting General Counsel

CHRISTOPHER LAGE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

ANDREA G. BARAN
Regional Attorney, Mo. #46520
Equal Employment Opportunity
Commission
St. Louis District Office
1222 Spruce St., Rm. 8.100
St. Louis, MO 63103
Phone: (314) 406-2810
andrea.baran@eeoc.gov

s/ *Lauren M. Wilson*
Lauren M. Wilson
Trial Attorney, Fla. #1024850
Joshua M. Pierson
Assistant Regional Attorney, Kan. #29095
Equal Employment Opportunity
Commission
Kansas City Area Office

400 State Ave., Ste. 905
Kansas City, KS 66101
Phone: (913) 359-1812
Fax: (913) 551-6957
lauren.wilson@eeoc.gov
joshua.pierson@eeoc.gov

ATTORNEYS FOR THE EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION

7